IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BILLY I. CONE, SR., as Administrator of the Estate of LINDA D. CONE, deceased, and BILLY I. CONE, SR., BILLY I. CONE, JR., ANGELA CONE, and ANGELA CONE, as the Natural Guardian of A.C., a Minor,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, METROPOLITAN LIFE INSURANCE COMPANY, as the Administrator of the Employee Benefit Plan for Wal-Mart Stores, Inc., and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action 7:12-CV-29 (HL) |

## ORDER

The Court has reviewed the Scheduling and Discovery Order submitted by the parties and finds that the Order is not currently in the proper format as approved by the Middle District of Georgia. The parties are ordered to resubmit the Order in the appropriate format before Friday, July 13, 2012.

**SO ORDERED**, this 5th day of July, 2012.

                                            *s/ Hugh Lawson*
                                            HUGH LAWSON, SENIOR JUDGE

ebr